# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY JOSEPH TRACY<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  1:10MJ 97<br>)<br>) |

FILED
FEB 5 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __May-December 2009__ in the county of __Loudoun__ in the __Eastern__ District of __VA and elsewhere__, the defendant(s) violated __8__ U.S.C. § __1324(a)(1)(A)(iv)__ an offense described as follows:

To unlawfully and knowingly encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was and would be in violation of law

This criminal complaint is based on these facts:

See Attached Affidavit

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas K. Eyre, Special Agent
U.S. Immigration and Customs Enforcement

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __2-5-10__

/s/Thomas Rawles Jones, Jr.
_____
*Judge's signature*

City and state: __Alexandria, VA__

Honorable Thomas Rawles Jones, Jr.
*Printed name and title*